UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA GUERRINI				JURY TRIAL DEMANDED

v.						CASE NO.  3:15 cv

SPECIFIED CREDIT ASSOCIATION, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692 or applicable state and federal law.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendant's collection efforts arose out of her participation in a physical fitness membership in Middletown CT.

5. Specified Credit regularly collects consumer debts through the use of the telephone internet, or mail.

6. Specified Credit was not licensed by the Connecticut Banking Department as a Consumer Debt Collector at or prior to the date of this complaint.

7. Unlicensed collection activity violates the FDCPA. Goins v. JBC & Associates, P.C., 352 F. Supp. 2d 262 (D. Conn. 2005).

8. In the collection efforts, the defendant violated the FDCPA, § 1692e, -f, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

                THE PLAINTIFF

                BY____/s/ Joanne S. Faulkner___
                JOANNE S. FAULKNER ct04137
                123 Avon Street
                New Haven, CT 06511-2422
                (203) 772-0395
                faulknerlawoffice@snet.net