UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA GUERRINI

v.                                                   CASE NO.  3:15 cv  545 (VAB)

SPECIFIED CREDIT ASSOCIATION, INC.

<u>MOTION FOR JUDGMENT UPON DEFAULT PER SETTLEMENT</u>

Pursuant to the entry of default herein, plaintiff requests judgment against defendant in the amount of $3,500 in accordance with defendant's agreement to settle for that amount.

                                                                THE PLAINTIFF

ORAL ARGUMENT NOT REQUESTED

                                                By_____/s/ Joanne S. Faulkner __
                                                    Joanne S. Faulkner ct04137
                                                    123 Avon Street
                                                    New Haven CT 06511-2422
                                                    (203) 772-0395


Certificate of Service

I hereby certify that on June 19, 2015, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    ____/s/ Joanne S. Faulkner___