UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA GUERRINI

v.                                    CASE NO.  3:15 cv  545 (VAB)

SPECIFIED CREDIT ASSOCIATION, INC.            November 6, 2015

## MOTION TO COMPEL

Defendant failed to pay the judgment or respond to the post-judgment discovery requests served September 8, 2015, seeking information about income and assets in order to enforce the judgment entered herein. Accordingly, plaintiff moves for an order compelling responses.

THE PLAINTIFF

BY___/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065ll-2422
(203) 772-0395

Certificate of Service

I hereby certify that on  November 6, 2015, a copy of  within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also emailed to

Mike Varady CEO, Specified Credit
mvarady@specifiedcredit.com

____/s/ Joanne S. Faulkner___

JOANNE S. FAULKNER ct04137