UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA GUERRINI

v.                                        CASE NO.  3:15 cv  545 (VAB)

SPECIFIED CREDIT ASSOCIATION, INC.            November 6, 2015

LOCAL RULE 37 AFFIDAVIT

The undersigned certifies, pursuant to 28 U.S.C. §1746, that she mailed the discovery requests to defendant on  September 8, 2015, e-mailed the discovery requests on September 11, 2015, and  e-mailed reminders on October 21, 2015.  On that date Mr. Varady responded by e-mail, "Gotta do what ya gotta do Ms. Faulkner" but otherwise has neither responded to the discovery nor paid the judgment.

There  is  no  known  dispute  as  to  the  contents of the  unobjected-to discovery.  In granting a similar motion in  like  circumstances, Judge  Dorsey  ruled   "Though plaintiff has not  shown  a detailed  compliance with Local Rule 9, where there  is  an unexplained failure to comply with disclosure requests that are  unobjected  to, there is little to discuss." Rosa  v. Gramatan Investors Corp., Civil No. N-86-170 (D. Conn. Aug. 19, 1986).

I  certify  under  penalty  of  perjury  that  the  foregoing  is  true  and  correct.  Executed  on November 6, 2015.

_____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395
j.faulkner@snet.net

Certificate of Service

I hereby certify that on  November 6, 2015, a copy of  within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also emailed to

Mike Varady CEO, Specified Credit
mvarady@specifiedcredit.com

_____/s/ Joanne S. Faulkner____

JOANNE S. FAULKNER ct04137