UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA GUERRINI

v.  CASE NO. 3:15 cv 545 (VAB)

SPECIFIED CREDIT ASSOCIATION, INC.   January 21, 2016

## MOTION TO COMPEL

Defendant failed to pay the judgment or respond to the post-judgment discovery requests served September 8, 2015, seeking information about income and assets in order to enforce the judgment entered herein. A copy of the requests is attached. Accordingly, plaintiff moves for an order compelling responses pursuant to this Court's Order Doc. No. 18..

THE PLAINTIFF

*Joanne S. Faulkner*

BY\_\_\_/s/ Joanne S. Faulkner
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 065l1-2422
(203) 772-0395

Certificate of Service

I hereby certify that on January 21, 2016, a copy of within was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

\_\_\_\_/s/ Joanne S. Faulkner\_\_\_
JOANNE S. FAULKNER ct04137

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ERICA GUERRINI

v.                                  CASE NO. 3:15 cv 545 (VAB)

SPECIFIED CREDIT ASSOCIATION, INC.          September 8, 2015

RULE 69 DISCOVERY REQUESTS

Plaintiff requests Michael Varady, President, founder, owner, and operations manager of SPECIFIED CREDIT ASSOCIATION, INC. to respond to the following discovery requests regarding the judgment entered against the defendant herein.

INTERROGATORIES

1. Please identify every state in which defendant has a license as a collection agency.

2. Please identify your Connecticut sources for legal and litigation services.

3. Please identify each and every bank account in which defendant has had any interest, as owner, trustee signatory, or in any other capacity, at any point since January 1, 2011, stating the name and address of each bank, each account number, the nature of the account and the current balance in the account.

2. Please identify all personal property of a value in excess of $1,000.00 owned by defendant any time from January 1, 2011 to the present.

3. Please identify all personal property of a value in excess of $1,000.00 owed to defendant any time from January 1, 2011 to the present.

4. Please identify all transfers of any property identified in response to the preceding interrogatory, including but not limited to the date of such transfer, the identity of each transferee, and the consideration for each transfer.

5. Please identify all persons or entities for whom defendant has performed or agreed, either orally or in writing, to perform any collection or consulting work

for actual or contingent compensation since January 1, 2011 to the present, including any persons or entities as to whom there existed an agreement, either oral or in writing, to perform any collection work.

6. Please identify all pending or completed lawsuits in which defendant, directly or through counsel, sought recovery for itself or a client from since January 1, 2011.

7. Identify all Connecticut entities for whom defendant performed collection work since January 1, 2011.

8. Identify any assets in which you have had any legal or equitable interest at any time since January 1, 2011, including assets held by a law firm, if not identified in response to a prior interrogatory in this set of interrogatories.

9. Please fully identify all sources of any income which you have received at any time since January 1, 2011, including from attorneys collecting on your behalf.

.
PRODUCTION: PROVIDE THE FOLLOWING DOCUMENTS

1. All financial information submitted to any collection agency licensing authority within the past five years.

2. All statements issued since January 1, 2011, by any bank, savings association, stock broker, mutual fund, trust, or any other financial institution for any account in which defendant had any legal or equitable interest, or had the right to exercise any degree of control.

3. All financial statements issued since January 1, 2011, to any bank, savings association, stock broker, mutual fund, trust, insurance carrier, or other financial institution for any loan , insurance, or credit application.

4. All financial statements issued since January 1, 2011, to any client, potential client, insurer, or licensing authority.

5. All financial statements or reports of any kind created since January 1, 2011, regarding each of the corporate entities named above, including profit and loss statements and balance sheets.

6. All tax returns of any kind that defendant filed with the United States or any state authority at any time since January 1, 2011.

7. All other tax forms of any kind, including Schedule C, 1099, W-9 that defendant has issued to any person since January 1, 2011.

8. All documents that disclose any income, including, but not limited to, trust distributions; compensation; dividends; interest; capital gains from the disposal of assets, and the like, since January 1, 2011.

9. For the period since January 1, 2011, all documents identifying the recipient(s) of any funds in excess of $1,000 disbursed from any business or trust account.

10. A copy of each check of $10,000 or more, issued by you at any time from January 1, 2011 to the present.

11. All documents showing payment of any financial obligation of defendant, at any time from January 1, 2011, to the present.

12. All documents showing defendant's income from any source since January 1, 2011, including tax forms, pay stubs, and distributions.

13. All W-2s, 1099s, K-1s and the like issued to defendant in and since 2011.

14. All W-2s, 1099s, K-1s and the like issued by defendant in and since 2011.

15. All agreements between you and any Connecticut collection attorney effective in and since 2011

THE PLAINTIFF

                                *Joanne S. Faulkner*

                                    BY___/s/ Joanne S. Faulkner
                                JOANNE S. FAULKNER ct04137
                                123 Avon Street
                                New Haven, CT 06511-2422
                                (203) 772-0395


Certification of service:

       This is to certify that a copy of the foregoing was mailed postage prepaid this  8 day of September, 2015 to:

Specified Credit Association, Inc.
Michael Varady, President
2388 Schuetz Rd Ste A100
Saint Louis, MO 63146-3434


*Joanne S. Faulkner*
_____
Joanne S. Faulkner